UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MIGUEL SALAIS-DOMINGUEZ;
2.  MIGUEL ANGEL CORTEZ;
3.  DAVID BUSTILLOS, a/k/a Chapito,

      Defendants.

---

**ORDER**

---

      This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Friday, December 10, 2010,** and responses to these motions shall be filed by **Wednesday, December 22, 2010.**  It is

      FURTHER ORDERED that an 8-day jury trial is set to commence on **Monday, January 10, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

      ORDERED that the parties shall promptly advise the Court if a final trial preparation conference and/or hearing on pending motions needs to be set.

Dated this 8th day of November, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief United States District Judge