UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MIGUEL SALAIS-DOMINGUEZ;
2.  MIGUEL ANGEL CORTEZ;
3.  DAVID BUSTILLOS, a/k/a Chapito,

      Defendants.

---

# ORDER

---

This matter is before the Court in connection with the Stipulated Proposed Case Management Order filed by the parties on November 30, 2010.  The Court, having reviewed the Proposed Order and being fully advised in the premises,

ORDERS that the Stipulated Proposed Case Management Order (ECF No. 30) is **APPROVED**.  In accordance therewith, it is

ORDERED that any discovery motions shall be filed by **Friday, February 11, 2011**.  Responses to discovery motions shall be filed by **Friday, February 25, 2011**. It is

FURTHER ORDERED that any "4-corners" motions attacking the wiretaps in this matter shall be filed by **Monday, March 28, 2011**.  Responses to these motions shall be filed by **Monday, April 11, 2011**.  It is

FURTHER ORDERED that all other pre-trial motions shall be filed by **Monday, April 11, 2011**.  Responses to these motions shall be filed by **Monday, April 25, 2011**.  Finally, it is

ORDERED that pursuant to the parties' request, a status conference is set for **Thursday, March 17, 2011, at 2:00 p.m**.  Dates for hearings on motions and/or additional status conferences shall be discussed at that hearing.

Dated this 16th day of December, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief United States District Judge