UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ;
2. MIGUEL ANGEL CORTEZ;
3. DAVID BUSTILLOS, a/k/a Chapito,

    Defendants.

## ORDER

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for the Defendants pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure filed February 16, 2011, it is

ORDERED that the Government's Motion (ECF No. 42) is **GRANTED**. In accordance therewith, it is

ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial. It is

FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

Dated: February 17, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge