UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  MIGUEL SALAIS-DOMINGUEZ;
2.  MIGUEL ANGEL CORTEZ;
3.  DAVID BUSTILLOS, a/k/a Chapito,

 Defendants.

## ORDER

 The Court was advised at a status conference today in Case No. 10-cr-00382 that there is an overlap in the discovery between the two cases.  Based on this, the Court imposed deadlines in that case which are also relevant to this case.  Specifically, it is

 ORDERED that on or before **Friday, March 4, 2011**, a statement shall be filed with the Court by the parties as to the status of discovery matters and what matters, if any, need to be resolved the Court.  It is

 FURTHER ORDERED that the Government shall file a proffer of the co-conspirator statements that it intends to offer at trial by **Friday, March 18, 2011**.  This proffer shall be in the form of a chart that details the nature of the conspiracy and the members thereof, what specific statements are to be offered, the declarant(s), the basis of admission of such statements, and how such statements are in furtherance of the

conspiracy. Defendants shall file a response to this proffer by **April 18, 2011**. Finally, it is

      ORDERED that a full-day hearing is set for **Wednesday, May 11, 2011** commencing at **9:00 a.m.** This hearing will address the admissibility of co-conspirator statements as well as any discovery matters that remain unresolved. The hearing will address the admissibility of co-conspirator statements in this case as well as Case No. 10-cr-00382, since the Government has indicated that the evidence regarding the statements is largely the same in both cases.

      Dated: February 25, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel  
                              Wiley Y. Daniel  
                              Chief United States District Judge