UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MIGUEL SALAIS-DOMINGUEZ;
2.  MIGUEL ANGEL CORTEZ;
3.  DAVID BUSTILLOS, a/k/a Chapito,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     This matter comes before the Court on review of the parties' Status Report filed March 4, 2010.  In the Status Report, the parties request a one (1) hour hearing on discovery matters.  This request is granted.  The parties shall jointly contact the Court on or before **Monday, March 14, 2011**, to set the hearing.  The hearing will be held jointly in this case and in Criminal Case No. 10-cr-00382-WYD.  The Status Conference currently set for Thursday, March 17, 2011, at 2:00 p.m. is **VACATED**.

     Dated:  March 7, 2011