UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ;
2. MIGUEL ANGEL CORTEZ;
3. DAVID BUSTILLOS, a/k/a Chapito,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on pending discovery issues is set for **Tuesday, April 26, 2011, at 1:30 p.m.** The hearing is set jointly in this case and in Case No. 10-cr-00382-WYD.

    Dated this 10th day of March, 2011.