**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 26, 2011 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Rosemary McCoy and |
| Court Reporter/ECR: | Therese Lindblom | | Tatiana Contreras |

Criminal Case No. **10-cr-00382-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Susan "Zeke" Knox

       Plaintiff,

v.

**\*1.  MIGUEL SALAIS-DOMINGUEZ;**           John H. Schlie
**2.  MIGUEL ANGEL CORTEZ;**                 Frank E. Moya
**7. PAUL MONTOYA**,                         Thomas E. Goodreid

       Defendants.

Criminal Case No. **10-cr-00531-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Susan "Zeke" Knox

       Plaintiff,

v.

**\*1.  MIGUEL SALAIS-DOMINGUEZ;**           John H. Schlie
**2.  MIGUEL ANGEL CORTEZ;**                 Frank E. Moya
**3.  DAVID BUSTILLOS, a/k/a Chapito**,      Leslee A. Barnicle

       Defendants.

## COURTROOM MINUTES

**HEARING ON DISCOVERY ISSUES**

**2:10 p.m.**   Court in Session - Defendant Paul Montoya is present (on bond) and defendants **Miguel Salais-Dominguez, Miguel Angel Cortez, and David Bustillos** present (in-custody)

APPEARANCES OF COUNSEL.

Interpreters sworn (Spanish).

2:12 p.m.   Argument by Defendant Miguel Salais-Dominguez (Mr. Schlie).

2:14 p.m.   Argument by Government (Ms. Knox).

2:17 p.m.   Argument by Defendant Miguel Salais-Dominguez (Mr. Schlie).

2:18 p.m.   Argument by Government (Ms. Knox).

2:19 p.m.   Argument by Defendant David Bustillos (Ms. Barnicle).

2:22 p.m.   Argument by Government (Ms. Knox).

2:24 p.m.   Argument by Defendant David Bustillos (Ms. Barnicle).

2:26 p.m.   Argument by Defendant Paul Montoya (Mr. Goodreid).

**ORDERED:**   Defendant Miguel Salais-Dominguez's Motion for Case Specific Discovery (ECF Doc. #136 in 10-cr-00382-WYD), filed January 10, 2011, is **DEFERRED.**

**ORDERED:**   Defendant Miguel Salais-Dominguez's Motion for Case Specific Discovery (ECF Doc. #38 in 10-cr-00531-WYD), filed February 11, 2011, is **DEFERRED.**

**ORDERED:**   Defendant David Bustillos' Motion for Case Specific Discovery (ECF Doc. #41), filed February 11, 2011, is **DEFERRED.**

**ORDERED:**   Ms. Knox shall file any objections with the Court regarding providing the transcript to counsel for defendants.

**ORDERED:** Defendant Miguel Salais-Dominguez's Motion for Discovery of Confidential Informant (ECF Doc. #135 in 10-cr-00382-WYD), filed January 10, 2011, is **GRANTED.**

**ORDERED:** Defendant Miguel Salais-Dominguez's Motion for Discovery of Confidential Informant (ECF Doc. #40 in 10-cr-00531-WYD), filed February 11, 2011, is **GRANTED.**

**ORDERED:** Defendant David Bustillos' Motion for Disclosure of Confidential Informants (ECF Doc. #37), filed February 11, 2011, is **GRANTED.**

**ORDERED:** Court will defer imposing a deadline for the Government to provide counsel for defendants with the identity of the confidential informant.

**ORDERED:** Defendant David Bustillos' Motion for Disclosure of Jenks Material (ECF Doc. #35 in 10-cr-00531-WYD) is **GRANTED.**

**ORDERED:** Government shall provide Jenks material to defendants **30 days prior to trial.**

**ORDERED:** Defendant Miguel Salais-Dominguez's Motion for Notice of Rule 404(b) and 608 Evidence (ECF Doc. #39), filed February 11, 2011, is **GRANTED.**

**ORDERED:** Defendant David Bustillos' Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence (ECF Doc. #33), filed February 11, 2011, is **GRANTED.**

**ORDERED:** Government shall notify defendants of 404(b) evidence not later than **sixty (60) days prior to trial.**

**ORDERED:** Court will defer imposing a deadline on the Government to provide counsel for defendants with F.R.E. 608 and F.R.E. 609 evidence.

**ORDERED:** Defendant David Bustillos' Motion to Disclose and Produce Exculpatory Material (ECF Doc. #34 in 10-cr-00531-WYD), filed February 11, 2011, is **GRANTED.**

**ORDERED:** Defendant Paul Montoya's Motion for Discovery (ECF Doc. #137), filed January 10, 2011, is **GRANTED.**

2:27 p.m.   Discussion regarding the James Hearing set for May 11, 2011.

**ORDERED:** Bond is **CONTINUED** as to defendant Paul Montoya.

**ORDERED:**   Defendants **Miguel Salais-Dominguez, Miguel Angel Cortez, and David Bustillos** are **REMANDED** into the custody of the U.S. Marshal.

**2:32 p.m.**   Court in Recess - HEARING CONCLUDED

<u>**TOTAL TIME:    :11**</u>

**\* - denotes a defendant who requires the services of an Interpreter.**