UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ;
2. MIGUEL ANGEL CORTEZ;
3. DAVID BUSTILLOS, a/k/a Chapito,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to the fact that all of the Defendants have filed Notices of Disposition and/or been sentenced, the hearing in this case set for May 11, 2011, at 9:00 is **VACATED**.

      Dated: May 6, 2011