UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  MIGUEL ANGEL CORTEZ;

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on May 2, 2011.  A Change of Plea Hearing is **SET** for **Thursday, August 18, 2011, at 10:00 a.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated: May 6, 2011