UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MIGUEL ANGEL CORTEZ;

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing set for Thursday, October 20, 2011, at 10:00 a.m. is **VACATED** and **RESET** to **Friday, October 28, 2011, at 2:00 p.m.**

    Dated: September 13, 2011.